**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SHAWN PHILLIPS,

    Plaintiff,

-vs-                                          Case No. 3:12-cv-661-J-34MCR

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Magistrate Judge Monte C. Richardson's Report and Recommendation (Dkt. No. 29; Report), entered on March 31, 2014. In the Report, Magistrate Judge Richardson recommends that Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (Dkt. No. 21) be granted, in part, and denied, in part, and that the Clerk of the Court be directed to enter judgment in favor of Plaintiff and against Defendant in the amount of $6,276.45 for attorney's fees. See Report at 6. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993);

see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby **ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 29) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (Dkt. No. 21) is **GRANTED, in part, and DENIED, in part**.

3. The Motion is **GRANTED** to the extent that the Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendant in the amount of $6,276.45 for attorney's fees.

4. Otherwise, the Motion is **DENIED**.

5. The Court leaves it to the discretion of the Commissioner to determine whether to honor Plaintiff's assignment of EAJA fees. See Astrue v. Ratliff, 130 S. Ct. 2521, 2524 (2010); Reeves v. Astrue, 526 F.3d 732, 738 (11th Cir. 2008).

**DONE AND ORDERED** in Jacksonville, Florida, this 5th day of May, 2014.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

The Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of Record